UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
UNITED NATIONAL INSURANCE COMPANY

                Plaintiff,

      -against-                          **RULE 7.1**
                                                **STATEMENT**
SELECTIVE INSURANCE COMPANY,

                Defendants.
-----------------------------------------------------------------------x

        Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Court Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for United National Insurance Company (a private non-governmental party) certifies that the corporate parents, affiliates and/or subsidiaries of said party, which are publicly held, are: United America Group, United National Insurance Group, Diamond State Insurance Company, United National Specialty Insurance Company, Penn-America Insurance Company and United National Casualty Insurance Company.

Dated: Mineola, New York
       July 2, 2007

                                                MIRANDA SOKOLOFF SAMBURSKY
                                                SLONE VERVENIOTIS LLP
                                                Attorneys for Plaintiff
                                                **UNITED NATIONAL**
                                                **INSURANCE COMPANY**

                                                By:_____
                                                Michael A. Miranda (MAM-6413)
                                                The Esposito Building
                                                240 Mineola Boulevard
                                                Mineola, New York 11501
                                                (516) 741-7676
                                                Our File No.: 06-417