# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED NATIONAL INSURANCE COMPANY

Plaintiff(s)
Petitioner(s)

- against -

SELECTIVE INSURANCE COMPANY

Defendant(s)
Respondent(s)

INDEX #:
07 CV 6213
DATE FILED:
07/05/2007

JUDGE:
JED S. RAKOFF
ATTORNEY FILE#:
06-417

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

TONY CONIGLIARO, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on 07/12/2007, 02:51PM at 40 WANTAGE AVENUE, BRANCHVILLE NJ 07890, deponent served the within
SUMMONS IN A CIVIL CASE, COMPLAINT, CIVIL COVER SHEET, RULE 7.1 STATEMENT & COPY OF INDIVIDUAL RULES OF PRACTICE OF HON. JED S. RAKOFF & MAGISTRATE JUDGE RONALD L. ELLIS
on SELECTIVE INSURANCE COMPANY, a defendant in the above action.

By delivering to and leaving with JOANNE MASAR at the above address and that he knew the person so served to be the managing agent of the corporation.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex F   Approximate age 46   Approximate height 5'05"   Approximate weight 134   Color of skin WHITE   Color of hair REDDISH

MIRANDA & SOKOLOFF, LLP

240 MINEOLA BOULEVARD

MINEOLA, NY 11501
(516)741-7676

TONY CONIGLIARO

Sworn to before me on 07/13/2007
MAUREEN MCCAFFREY  NO.01MC5018583
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES OCTOBER 4, 2009

APPLE ATTORNEY SERVICE, PO BOX 470, MINEOLA NY 11501-04
Phone: 516-742-0077 * Fax: 516-742-4726