# MSSV

## MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP

MICHAEL A. MIRANDA*
BRIAN S. SOKOLOFF
STEVEN VERVENIOTIS
ONDINE SLONE
NEIL L. SAMBURSKY*
RICHARD S. SKLARIN
STEVEN C. STERN
ADAM I. KLEINBERG
——
MARK R. OSHEROW*⁰□
COUNSEL

WRITER'S E-MAIL:
akleinberg@msssv.com

THE ESPOSITO BUILDING
240 MINEOLA BOULEVARD
MINEOLA, NY 11501
TEL   (516) 741-7676
FAX   (516) 741-9060

WWW.MSSSV.COM

BRANCH OFFICES:
WESTCHESTER, NY
NEW YORK, NY
FANWOOD, NJ

JENNIFER E. SHERVEN
GABRIELLA CAMPIGLIA
TODD HELLMAN
CHARLES A. MARTIN
KIERA J. MEEHAN
DAMIAN F. FISCHER
MARIA THOMAS
NANCY R. SCHEMBRI □
MICHAEL V. LONGO
MELISSA HOLTZER
MICHAEL P. SIRAVO
ARIEL S. ZITKIN

* ALSO ADMITTED IN NEW JERSEY
□ ALSO ADMITTED IN CONNECTICUT
⁰ ALSO ADMITTED IN FLORIDA
□ RESIDENT WESTCHESTER

January 15, 2008

**VIA OVERNIGHT MAIL**

Honorable Jed S. Rakoff
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1340
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-18-08
```

Re:   United National Ins. Co. v. Selective Ins. Co.
        Docket No.:   CV-07-6213 (JSR) (RLE)
        Our File No.:   06-417

Dear Judge Rakoff:

We represent the plaintiff in the above-referenced matter.

Enclosed please find a form signed by all parties setting forth their consent to the referral of the matter to a Magistrate Judge for all purposes.

The parties respectfully request that Your Honor "So-Order" the document.

Thank you for your consideration of this matter.

Respectfully submitted,

**MIRANDA SOKOLOFF SAMBURSKY
SLONE VERVENIOTIS LLP**

Adam I. Kleinberg

Encl
cc:   Karen Jockimo, Esq. (via fax w/enc.)

*DENIED. No referral necessary or appropriate
SO ORDERED
JSR   1-16-08*