UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED NATIONAL INSURANCE COMPANY

                    Plaintiff,

        -against-

SELECTIVE INSURANCE COMPANY,

                    Defendant.
------------------------------------------------------------------X

Docket No.: 07-CV 6213
          (JSR) (RLE)

**STIPULATION OF
DISCONTINUANCE
WITH PREJUDICE**

      **IT IS HEREBY STIPULATED**, by and between the undersigned that, as no person not a party has an interest in the subject matter of the action, the above-entitled action, including any counterclaims, is hereby discontinued with prejudice, without costs to any party as against another.

      **IT IS FURTHER AGREED** that a facsimile copy of this Stipulation shall have the same force and effect as an original and may be filed with the Clerk of the Court.

Dated: Mineola, New York
         February 15, 2008

MIRANDA SOKOLOFF SAMBURSKY
SLONE VERVENIOTIS LLP
Attorneys for Plaintiff

_____
Adam I. Kleinberg (AIK-0468)
The Esposito Building
240 Mineola Boulevard
Mineola, New York 11501
(516) 741-7676
Our File No.: 06-417

BOEGGEMAN GEORGE & CORDE, P.C.
Attorneys for Defendant

_____
Karen A. Jockimo, Esq. (KJ-9021)
1 Water Street
White Plains, New York 10601
(914) 761-2252

**SO ORDERED:**

_____
U.S.D.J.
2-25-08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-26-08

1